NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID ARMONDO BUTLER,                  )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D17-1429
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed October 23, 2019.

Appeal from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

David Armondo Butler, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

                    Affirmed.

NORTHCUTT, LUCAS, and BADALAMENTI, JJ., Concur.